1032

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY
C. STINNETT, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 82-1-00356-9, Carol A. Fuller, J., entered January 24, 1984. *Affirmed* by unpublished opinion per Swayze, J. Pro Tem., concurred in by Dolliver and Hanley, JJ. Pro Tem.

ANDREW J. BLECHA, ET AL, *Appellants,* v. GILBERT
W. PIERCE III, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 85-2-00140-8, Fred R. Staples, J., entered April 18, 1985. *Reversed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. GUY
HARVEY GNIRK, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-1-00994-4, Robert H. Peterson, J., entered October 15, 1984. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Petrich, J.

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
C. WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 84-1-00131-8, David R. Draper, J., entered August 30, 1984. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.